

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00003-CV

Pharr-San Juan-Alamo Independent School District
v.
Rike Odgen-Figueroa-Allex Architects, Inc.

On Appeal from the
332nd District Court of Hidalgo County, Texas
Trial Cause No. C-2782-15-F

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant, Pharr San Juan-Alamo Independent School District.

We further order this decision certified below for observance.

October 31, 2019